UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 24-cr-10328-LTS |
| | ) | |
| JOSEPH IZSAK, | ) | **UNDER SEAL** |
| | ) | |
| Defendant | ) | |

### ASSENTED-TO MOTION TO CONTINUE SENTENCING

The government hereby respectfully moves, with the assent of the defendant, to move to continue the sentencing in this matter, which is presently scheduled for March 20, 2025. As grounds for this motion, the government states that the defendant is cooperating in the government's ongoing investigation, and for the reasons stated on the record during the defendant's sealed Rule 11 hearing, the government respectfully submits that the defendant's sentencing should be continued until his cooperation in the investigation is complete.

Accordingly, the government respectfully requests that the Court continue the defendant's sentencing for approximately six months, and schedule the defendant's sentencing for the fall 2025. The parties will apprise the Court by motion in advance of that date should they believe that the sentencing should be continued further.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   */s/ Ian J. Stearns*
KAITLIN R. O'DONNELL
IAN J. STEARNS
Assistant United States Attorneys

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that an electronic copy of this document was provided to the Court for filing under seal and counsel for the defendant.

By:    */s/ Ian J. Stearns*
IAN J. STEARNS
Assistant United States Attorney

Date: February 28, 2025